# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

July 22, 2011

Mr. James C. Gulick
Senior Deputy Attorney General
Department of Justice
P.O. Box 629
Raleigh, NC 27602

Mr. John C. Neiman, Jr.
Solicitor General
Office of Attorney General
501 Washington Avenue
Montgomery, AL 36130-0152

Mr. Donald B. Verrilli, Jr.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Re: North Carolina, ex rel. Roy Cooper, Attorney General
of North Carolina
v. Tennessee Valley Authority, et al.
No. 10-997

Dear Counsel:

Enclosed are certified copies of the stipulation to dismiss the petition for writ of certiorari, filed on July 22, 2011, and the order of dismissal pursuant to Rule 46.1. of the Rules of this Court.

Sincerely,

WILLIAM K. SUTER, Clerk

by *Elizabeth Brown*
Elizabeth Brown
Judgments/Mandates Clerk

Enc.
cc:   Clerk, United States Court of Appeals,
       for the Fourth Circuit (Your docket No. 09-1623)

# Supreme Court of the United States

No. 10-997

**NORTH CAROLINA, ex rel. ROY COOPER,
ATTORNEY GENERAL OF NORTH CAROLINA,**

Petitioner

v.

**TENNESSEE VALLEY AUTHORITY, ET AL.**

(22 Jul. 11). The foregoing stipulation to dismiss the petition for writ of certiorari in the above-entitled case having been received by the Office of the Clerk, and no fees due the Clerk, the petition for writ of certiorari is now hereby dismissed pursuant to Rule 46.1 of the Rules of this Court.

(Seal)

WILLIAM K. SUTER
Clerk of the Supreme Court
of the United States

By: Christopher W. Vasil
Chief Deputy Clerk

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _____
Chief Deputy

RECEIVED
JUL 2 2 2011
OFFICE OF THE CLERK
SUPREME COURT, U.S.

No. 10-997

In the Supreme Court of the United States

STATE OF NORTH CAROLINA *EX REL.* ROY COOPER, ATTORNEY GENERAL, PETITIONER,

v.

TENNESSEE VALLEY AUTHORITY, RESPONDENT, AND

STATE OF ALABAMA, RESPONDENT-INTERVENOR.

On Petition for Writ of Certiorari to the
United States Court of Appeals for the Fourth Circuit

PARTIES' STIPULATION OF DISMISSAL
PURSUANT TO SUPREME COURT RULE 46.1

Petitioner State of North Carolina *ex rel.* Roy Cooper, Attorney General, Respondent Tennessee Valley Authority and Respondent-Intervenor State of Alabama (collectively, "the Parties") hereby file with the Clerk of the United States Supreme Court a stipulation of dismissal of the above-captioned action pursuant to Supreme Court Rule 46.1.

The Parties agree as follows:

1. As the underlying controversy has been settled on terms agreeable to the Parties, the petition in this action should be withdrawn; and

2. Each Party to the action will bear its own costs and no costs will be awarded by this Court to any Party.

Wherefore, the Parties respectfully request that the Clerk of this Court dismiss this action pursuant to Supreme Court Rule 46.1.

Respectfully submitted,

For Petitioner State of North Carolina *ex rel.* Roy Cooper:

ROY COOPER
Attorney General of North Carolina

_____  7-19-11
James C. Gulick                  Date
(Counsel of record)
Senior Deputy Attorney General
Marc Bernstein
Special Deputy Attorney General

North Carolina Department of Justice
Post Office Box 629
114 West Edenton Street
Raleigh, NC 27602-0629
(919) 716-6900
jgulick@ncdoj.gov

For Respondent Tennessee Valley Authority:

_____  7-15-11
Donald B. Verrilli, Jr.           Date
Solicitor General
Office of the Solicitor General
950 Pennsylvania Ave., NW
Washington, DC 20530-0001
(202) 514-2217
SupremeCtBriefs@usdoj.gov

For Respondent-Intervenor State of Alabama:

_____  7/14/11
John C. Neiman, Jr.              Date
Solicitor General
Office of the Attorney General
501 Washington Ave.
Montgomery, AL 36130-0152
(334) 242-7300
jneiman@ago.state.al.us

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _____
                                    Chief Deputy